UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-cv-20608-BLOOM/Otazo-Reyes

TINA MARIE BARBUTO,

    Plaintiff,
vs.

MIAMI HERALD MEDIA COMPANY and
DAVID J. NEAL,

    Defendants.
_____/

## MOTION FOR ENTRY OF CLERK'S DEFAULT
## AGAINST DEFENDANT MIAMI HERALD MEDIA COMPANY

    Plaintiff Tina Marie Barbuto, by and through her undersigned counsel, hereby moves for an Entry of Clerk's Default against Defendant Miami Herald Media Company ("Miami Herald"). In support thereof, Plaintiff states:

    1.    On May 10, 2021, Plaintiff filed her Amended Complaint and Demand for Jury Trial against Defendants Miami Herald Media Company and David Neal (the "Amended Complaint"). [DE 10].

    2.    On May 10, 2021, Plaintiff served the Amended Complaint on Defendant Miami Herald via its registered agent shown in Sun Biz. [DE 12].

    3.    On May 13, 2021, Plaintiff served the Amended Complaint on Defendant Neal via a process server. [DE 13].

    4.    On June 4, 2021, the Court issued an Order On Default Procedures, which required Defendants to file a response to the Complaint by June 11, 2021 (the "Order"). [DE 14]. The Order also required to Plaintiff to serve a copy of the Order on Defendants. [*Id.*].

5. On June 4, 2021, Plaintiff also sent the Order via email to counsel for Defendant Neal. On the same day, Plaintiff sent the Order to Jennifer Altman, Esq. via e-mail because Plaintiff had been informed her law firm represents the successor-in-interest to Defendant Miami Herald. *See* Exhibit A, attached hereto. On June 22, 2021, out of an abundance of caution, Plaintiff sent the Order to the same process server who had served the Amended Complaint on the registered agent of Defendant Miami Herald; and requested expedited service of the Order upon the same registered agent. The Order was served on Defendant Miami Herald on June 23, 2021. *See* Exhibit B, attached hereto

6. On June 7, 2021, Defendant Neal filed an Unopposed Motion for an Extension of Time to respond to the Amended Complaint, seeking an extension to respond to the Amended Complaint by July 5, 2021. [DE 16] . The Court granted this motion on June 7, 2021. [DE 17]

7. Defendant Miami Herald has failed to file a response to the Amended Complaint. *See generally* docket.

WHEREFORE, Plaintiff respectfully requests entry of a Clerk's Default against Defendant Miami Herald Media Company.

Date: June 25, 2021.

    Respectfully submitted,

    McLAUGHLIN & STERN
    CityPlace Office Tower
    525 Okeechobee Blvd., Suite 1700
    West Palm Beach, FL 33401
    Tel. No. (561) 659-4020
    Fax. No. (561) 659-4438
    Email: nsolomon@mclaughlinstern.com
    By: */s/ Neil B. Solomon*
    Neil B. Solomon, Esq.
    Florida Bar Number.: 0544973
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, a copy of Order on Default Procedures [DE 14] was e-mailed to Jennifer Altman, Esq. (jennifer.altman@pillsburylaw.com); and the Order was served via process server on June 23, 2021, to Miami Herald Media Company, c/o CT Corporation System, 1200 South Pine Island Road, Plantation, Fl 33324.

I hereby certify that on this 25th day of June 2021, a true and correct copy of the foregoing was filed with the Clerk of Court by using CM/ECF system, and served on all counsel of record, via electronic mail, as indicated on the service list below; and mailed via U.S. mail and email to Jennifer Altman, Esq., Pillsbury Winthrop Shaw Pittman LLP, 600 Brickell Avenue, Suite 3100, Miami, FL 33131 (jennifer.altman@pillsburylaw.com)

/s/ *Neil B. Solomon*
Neil B. Solomon

Sanford L. Bohrer, Esq.,
Holland & Knight
701 Brickell Ave., Suite 3300
Miami, FL 33131
Sandy.Bohrer@hklaw.com
*Attorney for David Neal*