Case 1:21-cv-20608-BB   Document 53   Entered on FLSD Docket 03/22/2022   Page 1 of 2
USCA11 Case: 22-10472   Date Filed: 03/22/2022

Mar 22, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 22, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  22-10472-GG
Case Style:  Tina Barbuto v. David Neal
District Court Docket No:  1:21-cv-20608-BB

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The appeal is being dismissed because appellant's counsel has not filed a Certificate of Interested Persons on the docket.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joseph Caruso, GG
Phone #: (404) 335-6177

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-10472-GG

_____

TINA MARIE BARBUTO,

                                               Plaintiff - Appellant,

versus

DAVID J. NEAL,

                                               Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Tina Marie Barbuto failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements. See 11th Cir. Rules 26.1-1 through 26.1-4.

Effective March 22, 2022.

                                     DAVID J. SMITH
            Clerk of Court of the United States Court
               of Appeals for the Eleventh Circuit

                                                            FOR THE COURT - BY DIRECTION